# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0449

VERSUS

WESLEY DYSON                                          **JULY 06, 2020**

---

In Re:    Wesley Dyson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 06-81-0216.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT